COHEN v. RENARD BLDG. & CONST. CO. et al. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by Nathan Cohen against the Renard Building & Construction Company and others. No opinion. Judgment modified, so as to reduce the recovery to $370.80, and, as so modified, affirmed, without costs.

COLOR PHOTOGRAPHY CO., Limited, v. DONOHUE et al. (two cases). (Supreme Court, Appellate Division, First Department. April 12, 1912.) Actions by the Color Photography Company, Limited, against John J. Donohue, impleaded with others. No opinion. Motion to dismiss appeals granted, with $10 costs. Order filed. See, also, 133 N. Y. Supp. 1116.

CONCORDIA FIRE INS. CO. OF MILWAUKEE, Respondent, v. STOWELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by the Concordia Fire Insurance Company of Milwaukee against Calvin L. Stowell.

PER CURIAM. Judgment affirmed, with costs.

FOOTE, J., not sitting.

CONROW, Respondent, v. CONROW, Appellant. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by Agnes M. Conrow against Albert S. Conrow.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

LYON, J., not sitting.

CONSOLIDATED TEA CO., Appellant, v. GOLDBERG, Respondent. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by the Consolidated Tea Company against Isaac Goldberg. L. B. Boudin, for appellant. H. M. Wise, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COONAN v. HAMBURG–AMERICAN PACKET CO. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Appeal (No. 1) from Special Term, Kings County. Action by William H. Coonan against the Hamburg-American Packet Company. From certain orders of the Special Term, defendant appeals. Orders affirmed. See, also, 145 App. Div. 941, 130 N. Y. Supp. 1108. A. Leonard Brougham, for appellant. Frederick S. Lyke, for respondent.

PER CURIAM. While the position of the defendant may be technically correct, in view of the fact that the amended complaint has been served, has been demurred to, and that an appeal from the decision upon that demurrer is now pending before this court, the questions involved on this appeal are academic. Substantial justice may be accomplished by affirming the orders reviewed by this appeal, without costs. If defendant shall within five days procure a retaxation of costs, as directed by Mr. Justice Garretson, and if within five days thereafter the amount of such costs is not paid by plaintiff to defendant, application may be made by defendant to the Special Term to stay all proceedings in this action, or to dismiss the complaint, as it may be advised.

COONAN, Respondent, v. HAMBURG–AMERICAN PACKET CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by William H. Coonan against the Hamburg-American Packet Company. (Appeal No. 3.) No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to answer within 20 days. See, also, 133 N. Y. Supp. 1116; supra.

CORN v. HEYMSFELD. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Samuel Corn against Adolph Heymsfeld. With this case has been consolidated in this court cases bearing titles as follows: St. Stephens Church v. Andrew Bastine; Michael Kleiner v. Joseph Cohn et al. (two cases); Charlotte W. Bartlett v. James C. Stewart. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 133 N. Y. Supp. 447.

COSSMAN, Appellant, v. CHENANGO SILK CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by Alfred Cossman against the Chenango Silk Company.

PER CURIAM. Judgment and order affirmed, with costs.

HOUGHTON, J., dissents.

COULTER et al., Appellants, v. JAMES QUIRK MILLING CO., Respondent. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Action by David Coulter and another against the James Quirk Milling Company. W. C. Low, for appellants. G. Hahn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re COVERT. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) In the matter of the application of William H. Covert for a writ of mandamus to Michael E. Monahan, as Comptroller of the City of Syracuse. No opinion. Order affirmed, with costs.

COX, Respondent, v. JUNG et al., Appellants. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Honora M. Cox against Carl Jung and another. H. A. Heyn, for appellants. J. Halstead, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.